# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| V. | : | |
| | : | No. 7:20-CR-9-001(HL) |
| TORRIEO MONTE JOHNSON, | : | |
| a/k/a "TORRIEO CORKER" | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO ACCEPT SERVICE

On April 11, 2022, Defendant Torrieo Monte Johnson pled guilty to Count One of the Indictment. Defendant is currently detained in Irwin County pending sentencing. Probation filed Defendant's draft pre-sentence investigation report ("PSR") on June 13, 2022, and the United States Marshals Service served defendant with a copy of the draft PSR on June 28, 2022. Probation filed Defendant's Final PSR on July 12, 2022.

Because Defendant previously refused to accept a copy of the PSR from the United States Probation Officer, the Court **ORDERS** the United States Marshals Service to serve Defendant with a copy of the Final PSR, Addendum, and a copy of this order. The Court **ORDERS** defendant to accept service.

**SO ORDERED,** this 13th day of July, 2022.

                                                   s/Hugh Lawson
                                        HUGH LAWSON, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT