# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TORRIEO MONTE JOHNSON, | : |
| Petitioner, | : |
| v. | : CASE NO.: 7:20-CR-9 (LAG) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (R&R) dated October 15, 2025. (Doc. 157). Therein, the Magistrate Judge recommends that the Court deny Petitioner's Motion for Leave to Appeal In Forma Pauperis (IFP) (Doc. 150) because his appeal is not taken in good faith. (Doc. 157 at 2). Torrieo Johnson filed the Motion for Leave to Appeal in Forma Pauperis on April 25, 2025. (Doc. 150).

In the R&R recommending denial, the Magistrate Judge found that there was no final appealable order for Petitioner to appeal, thus Petitioner's appeal was not brought in good faith. (Doc. 157 at 3). The Magistrate Judge's recommendation triggered the fourteen-day period provided under 28 U.S.C. § 636(b)(1) for the parties to file written objections. Mr. Johnson filed his objection on November 12, 2025. (Doc. 158).

District courts have "the duty to conduct a careful and complete review" to determine "whether to accept, reject, or modify" a magistrate judge's report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (citation omitted). The Court reviews de novo the dispositive portions of a magistrate judge's report and recommendation to which a party objects and reviews the rest for clear error. *See* 28 U.S.C. § 636(b)(1)(A), (C); Fed. R. Civ. P. 72(a), (b)(3). When a party's objections, however, are "[f]rivolous, conclusive, or general[,]" the Court "need not" consider them. *United States v. Schultz*, 565 F.3d 1353, 1361 (11th Cir. 2009) (per curiam)

(citation omitted). An objecting party "must clearly advise the district court and pinpoint the specific findings that the party disagrees with." *Id.* at 1360.

Mr. Johnson's objection does not take issue with any specific finding made by the Magistrate Judge; but instead, appears to raise arguments challenging rulings made during trial. The Court has, thus, reviewed the R&R for clear error and finds none. Thus, Mr. Johnson's Objection (Docs. 158) is **OVERRULED**.

Upon full review and consideration of the record, the Court finds that the R&R (Doc. 157) should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made an order of this Court for reasons of the findings made and reasons stated therein. Accordingly, Mr. Johnson's Motion for Leave to Appeal In Forma Pauperis is **DENIED**.

**SO ORDERED**, this 28th day of January, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**