IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TORRIEO MONTE JOHNSON, | * |
| Petitioner, | * |
| v. | Case No.  7:20-cr-9 (LAG-ALS) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 29th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk